824

No. 199. DAVIS ET AL. *v.* NEGIN, TRUSTEE. C. A. 6th Cir. Certiorari denied.

No. 203. BREAULT ET AL. *v.* FEIGENHOLTZ ET AL., EXECUTORS AND TRUSTEES, ET AL. C. A. 7th Cir. Certiorari denied. *John J. Yowell* and *G. Kent Yowell* for petitioners. *Hirsch E. Soble, Jacob Shamberg* and *J. Glenn Shehee* for respondents Feigenholtz et al.

No. 205. MARATHON OIL CO. *v.* HEATH ET AL. C. A. 7th Cir. Certiorari denied. *Craig Van Meter, John H. Armstrong* and *Joseph F. Diver* for petitioner. *John P. Wham* for respondents.

No. 207. WEBB *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied. *John F. Dugger* for petitioner. *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 210. CAMPBELL, ADMINISTRATRIX, ET AL. *v.* TRANS WORLD AIRLINES, INC. C. A. 2d Cir. Certiorari denied. *Edmund H. H. Caddy* and *Milton S. Seligman* for petitioners. *John J. Martin* and *William M. Keegan* for respondent.

No. 212. WALKER PROCESS EQUIPMENT, INC. *v.* FMC CORP. C. A. 7th Cir. Certiorari denied. *Charles J. Merriam* for petitioner. *James W. Clement, Charles W. Ryan* and *Lloyd C. Hartman* for respondent.

No. 213. LOWE *v.* BAILEY ET UX. Ct. App. Ga. Certiorari denied. *Charles E. Muskett* for petitioner.